# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  : No. 47 WAL 2015
:
Respondent  :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v.  :
:
:
:
KENNETH JACKSON,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.